**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  February 10, 2016 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  Susana Cahill |
| Probation Officer:  Gary Burney | |

**CASE NO.   15-cr-00018-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Wayne Paugh |
| Plaintiff, | |
| v. | |
| 1.  ARMANDO AGUIRRE-AGUIRRE, a/k/a Cruz Jose Aguirre-Aguirre, | Matthew Golla |
| Defendant. | |

**CASE NO.   15-cr-00400-RM**

Parties

| | |
|---|---|
| UNITED STATES OF AMERICA, | Wayne Paugh |
| Plaintiff, | |
| v. | |
| 1.  CRUZ JOSE AGUIRRE-AGUIRRE, | Matthew Golla |

**COURTROOM MINUTES**

**SENTENCING HEARING (15-cr-00018-RM) and SUPERVISED RELEASE VIOLATION HEARING (15-cr-00400-RM)
COURT IN SESSION:      9:00 a.m.**
Appearances of counsel.   Defendant is present and in custody.

Interpreter sworn.

Defendant entered his plea in case number **15-cr-00018-RM** on November 9, 2016, to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Mr. Golla orally moves for a one-level downward variance.   The Government does not object to the oral motion.

**ORDERED:**  Defendant's oral motion for a one-level downward variance is GRANTED.

Discussion held regarding **15-cr-00400-RM** and the alleged violations.   Mr. Golla states that the defendant is prepared to admit to alleged violation No. 1 in the Petition on Supervised Release (Doc. 2).

Defendant sworn and answers true name.    Defendant is 43 years old.

Defendant admits to Violation No. 1 alleged in the Petition on Supervised Release (Doc. 2).

The Court advises Defendant regarding rights waived by admitting to the violation and maximum penalties.

The court enters findings of fact and conclusions of law.

Discussion held regarding pending motions and objections in case number **15-cr-00018-RM.**

Discussion held regarding sentencing in both cases.

Defendant addresses the Court regarding sentencing.

As to case number **15-cr-00018-RM,**

Statement by the Court regarding the defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant**, ARMANDO AGUIRRE-AGUIRRE, a/k/a Cruz Jose Aguirre-Aguirre**, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **24 months.**

**ORDERED:**  Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED:** **Mandatory Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm, ammunition, or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because it is likely the defendant will be deported.

**ORDERED:** **Special Conditions** of Supervised Release that:
- (**X**) If the defendant is not deported, he shall participate in an approved program for domestic violation.
- (**X**) If the defendant is not deported, he shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.   Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) If the defendant is not deported, he shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, specifically directed toward anger management, until such time as the defendant is released from the program by the probation officer. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) If the defendant is deported, he shall not re-enter the United States illegally. If the defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553 (Doc. 29) is DENIED.

As to case number **15-cr-00400-RM,**

**ORDERED:** The motion and petition of the probation department seeking a revocation of supervised release is GRANTED.

**ORDERED:** The defendant's sentence to supervised release is terminated effective immediately, and the defendant is resentenced to the Bureau of Prisons for a term of **eight (8) months, to run concurrently with the sentence imposed in case number 15-cr-00018-RM**.

Presentence confinement credit is determined by the Bureau of Prisons under 18 U.S.C. Section 3585.

Defendant advised of right to appeal in both cases.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:** **10:27 a.m.**
Hearing concluded.
Total time: 1:27